# Third District Court of Appeal
## State of Florida

Opinion filed March 1, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2322
Lower Tribunal No. 18-23136
_____

## Heritage Property & Casualty Insurance Company,
Appellant,

vs.

## Samari Lakes East Condominium Association, Inc.,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Mark Blumstein, Judge.

Vaka Law Group, and George A. Vaka (Tampa); Link & Rockenbach, P.A., and Kara Rockenbach Link and David A. Noel (West Palm Beach), for appellant.

Acle Law Firm, P.A., and Edward L. Acle and Rafael J. Solernou, Jr.; Kula & Associates, P. A., and Elliot B. Kula, W. Aaron Daniel, and William D. Mueller, for appellee.

Before LOGUE, GORDO, and LOBREE, JJ.

PER CURIAM.

Affirmed.